MARY E. SELDON, Respondent, v. KATHERINE M. BRODERICK LORENZ, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

EVA SELTZER, Respondent, v. THE CONEY ISLAND AND GRAVESEND RAILWAY COMPANY, Appellant. DAVID SELTZER, Respondent, v. THE CONEY ISLAND AND GRAVESEND RAILWAY COMPANY, Appellant.— Order in each case reversed on the law and the facts, verdict in favor of the defendant in each case reinstated, with costs, and motion in each case denied, without costs. The setting aside of the verdict was an abuse of discretion. The situation involved a verdict for a defendant, not a verdict for a plaintiff. The result rested upon conflicting oral evidence. The version which the jury accepted was not improbable on a fair interpretation of the evidence. The court in effect substituted its judgment on the facts for that of the jury in a situation where the jury's determination should not have been interfered with in the exercise of a sound legal discretion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

STANDARD BITULITHIC COMPANY, Respondent, v. COUNTY OF WESTCHESTER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

MARY E. VAN DIKE, Appellant, v. SEBASTIANO BARBARINO and CARMELA BARBARINO, Respondents.— Order opening default modified so as to provide, as a further condition, that defendants pay plaintiff ten dollars motion costs and five dollars trial fee, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

MARY J. WILSON, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

STEVEN V. BEDELL, Respondent, v. TRI-STATE DISCOUNT COMPANY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

LOUIS DORMAN and MORRIS DORMAN, etc., Respondents, v. M. S. FOOD STORE, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

SAMUEL M. ELLISON, Appellant, v. HENRY L. DOHERTY, Doing Business under the Firm Name and Style of HENRY L. DOHERTY & COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.